```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08087
   RONALD J FRANZ
   NICOLE M FRANZ                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-6467    SSN XXX-XX-1025
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/03/07 and confirmed on 09/19/07.

2. The case was converted to Chapter 7 after confirmation, 01/15/2009.

3. The Debtor paid a total of $ 7287.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| VILLAGE OF MINOOKA | SECURED | 1420.00 | 49.76 | 975.35 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 8000.00 | 727.41 | 3003.50 |
| PERSONAL FINANCE | SECURED | 300.00 | 12.26 | 251.82 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 178.02 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 739.34 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | 1249.45 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 564.89 | .00 | .00 |
| NEUROMED | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TOUSSAINT OBSTETRICS | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 959.02 | .00 | .00 |
| WEST CHICAGO FIRE PROT D | UNSECURED | 156.00 | .00 | .00 |
| WINFIELD LABORATORY CONS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 5394.22 | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | 427.76 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 30.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9720.00 | 178.02 | 9520.68 | .00 | 19418.70 |
| PRINCIPAL PAID | 4230.67 | .00 | .00 | .00 | 4230.67 |

```
INTEREST PAID                789.43         .00           .00          .00        789.43
TOTAL PAID                  5020.10         .00           .00          .00       5020.10
```

The Debtor's attorney, SCHEINBAUM & WEST                , was allowed $    3000.00
and was paid $     826.00   direct and $    1907.29   through the plan.

The Trustee received $      359.61 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE




                                PAGE   2
            CASE NO. 07 B 08087 RONALD J FRANZ & NICOLE M FRANZ